

2003 OCT 27  P 12: 52

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NORTHLAND INSURANCE COMPANY
UNDERWRITING AS NORTHFIELD
INSURANCE COMPANY

       Plaintiff     :    CIVIL ACTION
                                    NO. 302 CV 945 (WWE)
V.                           :

DERMA CLINIC, INC.; PATRICIA O'REGAN
BROWN; JOSEPH H. BURDEN;
HOLLY ALLEN; JANE DOE; AND MARY ROE

       Defendants     :    OCTOBER 24, 2003

**PLANTIFF'S MOTION FOR PERMISSION
TO FILE SUPPLEMENTAL MEMORANDUM OF LAW
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Pursuant to D. Conn. L. Civ. R. 9(a)(1), the plaintiff Northland Insurance Company, underwriting as Northfield Insurance Company, hereby respectfully moves for permission to file the attached supplemental memorandum of law and Rule 9(c)(1) Statement, in support of its March 31, 2003 motion for summary judgment.

In support of this motion, plaintiff submits the following:

1. That the defendant Joseph Burden, in connection with the underlying Allen, Doe and Roe suits, pleaded nolo contendere to two counts of Sexual Assault in the 4th degree in violation of Connecticut General Statutes § 53a-73(a)(2).

2. That Burden was sentenced on September 11, 2003 in connection with the underlying Allen, Doe and Roe suits.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

3. The above information constitutes new information not available at the time the plaintiff filed its motion for summary judgment in March of 2003.

4. That the application of the language of the insurance policy at issue in this case to these new facts presents an additional basis for granting the plaintiff's motion for summary judgment.

WHEREFORE, the plaintiff requests permission to file the accompanying supplemental materials.

> DEFENDANTS
> DERMA CLINIC, INC., PATRICIA
> O'REGAN BROWN, JOSEPH H.
> BURDEN, HOLLY ALLEN, JANE DOE,
> and MARY ROE
>
> By_____
> James Somers
> HALLORAN & SAGE LLP
> Fed. Bar #ct 14525
> One Goodwin Square
> 225 Asylum Street
> Hartford, CT 06103
> (860) 522-6103

-2-

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 24th day of October, 2003, a copy of the foregoing was mailed postage prepaid to:

Mark J. Kovack, Esq.
WAKE, SEE DIMES & BRYNICZKA
27 Imperial Avenue, P.O. Box 777
Westport, CT 06881-0777
(*Counsel for defendants, Derma Clinic, Inc. and Patricia O'Regan Brown*)

Attorney Kathryn Emmett
Attorney Christine Caulfield
Emmett & Glander
45 Franklin Street
Stamford, CT 06901
(*Counsel for Defendant, Mary Roe*)

Michael A. Stratton, Esq.
Koskoff, Koskoff & Beider, P.C.
350 Fairfield Avenue
P.O. Box 1661
Bridgeport, CT 06604
(*Counsel for defendant, Jane Doe*)

Attorney Rhonda J. Tobin
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
(*Counsel for Third–Party Defendant*)

_____
James V. Somers

467863.1(HSFP)

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105