

FILED

2003 OCT 27  P 12: 52

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NORTHLAND INSURANCE COMPANY
UNDERWRITING AS NORTHFIELD
INSURANCE COMPANY

Plaintiff                  :     CIVIL ACTION
                                 NO. 302 CV 945 (WWE)
                           :

DERMA CLINIC, INC.; PATRICIA O'REGAN
BROWN; JOSEPH H. BURDEN;
HOLLY ALLEN; JANE DOE; AND MARY ROE

Defendants                 :     OCTOBER 24, 2003

**PLAINTIFF'S MOTION FOR PERMISSION
TO FILE SUPPLEMENTAL MEMORANDUM OF LAW
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Pursuant to D. Conn. L. Civ. R. 9(a)(1), the plaintiff Northland Insurance

Company, underwriting as Northfield Insurance Company, hereby respectfully moves

for permission to file the attached supplemental memorandum of law and Rule 9(c)(1)

Statement, in support of its March 31, 2003 motion for summary judgment.

In support of this motion, plaintiff submits the following:

1.      That the defendant Joseph Burden, in connection with the underlying

Allen, Doe and Roe suits, pleaded nolo contendere to two counts of Sexual Assault in

the 4th degree in violation of Connecticut General Statutes § 53a-73(a)(2).

2.      That Burden was sentenced on September 11, 2003 in connection with

the underlying Allen, Doe and Roe suits.

One Goodwin Square          HALLORAN          Phone (860) 522-6103
225 Asylum Street           & SAGE LLP        Fax (860) 548-0006
Hartford, CT 06103                            Juris No. 26105