UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NORTHLAND INSURANCE COMPANY
UNDERWRITING AS NORTHFIELD
INSURANCE COMPANY

        Plaintiff    :    CIVIL ACTION
                              NO. 302 CV 945 (WWE)
V.    :

DERMA CLINIC, INC.; PATRICIA O'REGAN
BROWN; JOSEPH H. BURDEN;
HOLLY ALLEN; JANE DOE; AND MARY ROE

        Defendants    :    OCTOBER 24, 2003

**LOCAL RULE 9(c)(1) SUPPLEMENTAL STATEMENT
OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

        Pursuant to Rule 9(c)(1) of the Rules of the United States District Court for the District of Connecticut, the plaintiff submits this Statement of Material Facts as to which there is no dispute, in support of plaintiff's supplemental memorandum of law in support of motion for summary judgment, dated March 31, 2003.

FACTS

    1.    That the defendant Joseph Burden, in connection with the Allen, Doe and Roe suits, pleaded nolo contendere to two counts of Sexual Assault in the 4th degree, in violation of Connecticut General Statutes § 53a-73(a)(2). [Exhibit A]

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

2. That the defendant Joseph Burden was sentenced on September 11, 2003, in connection with the Allen, Doe and Roe suits. [Exhibit B]

DEFENDANTS
DERMA CLINIC, INC., PATRICIA O'REGAN BROWN, JOSEPH H. BURDEN, HOLLY ALLEN, JANE DOE, and MARY ROE

By_____
James Somers
HALLORAN & SAGE LLP
Fed. Bar #ct 14525
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

-2-

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 24th day of October 2003, I hereby mailed a copy of the foregoing to:

Mark J. Kovack, Esq.
WAKE, SEE DIMES & BRYNICZKA
27 Imperial Avenue
P.O. Box 777
Westport, CT 06881-0777
(*Counsel for defendants, Derma Clinic, Inc. and Patricia O'Regan Brown*)

Michael A. Stratton, Esq.
Koskoff, Koskoff & Beider, P.C.
350 Fairfield Avenue
P.O. Box 1661
Bridgeport, CT 06604
(*Counsel for defendant, Jane Doe*)

Attorney Rhonda J. Tobin
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
(*Counsel for Third–Party Defendant*)

Attorney Kathryn Emmett
Attorney Christine Caulfield
Emmett & Glander
45 Franklin Street
Stamford, CT 06901
(*Counsel for Defendant, Mary Roe*)

_____
James V. Somers

474288.1(HSFP)

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105