UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 10  A 10: 01

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| NORTHLAND INSURANCE CO., | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 302 CV 945 (WWE) |
| DERMA CLINIC, INC., et al., | ) |
| Defendants. | ) NOVEMBER 7, 2003 |

**LOCAL RULE 56(a)(2) STATEMENT BY DEFENDANTS
DERMA CLINIC, INC. AND PATRICIA O'REGAN BROWN**

Pursuant to D. Conn. L. Civ. Rule 56(a)(2), these defendants, **DERMA CLINIC, INC.** ("Derma Clinic") and **PATRICIA O'REGAN BROWN** ("Brown") (collectively, the "Defendants"), submit this statement in response to the Local Rule 56(a)(1) Supplemental Statement filed by the plaintiff, **NORTHLAND INSURANCE COMPANY UNDERWRITING AS NORTHFIELD INSURANCE COMPANY** ("Plaintiff") dated October 24, 2003, to wit:

**I.   RESPONSES TO PLAINTIFF'S LOCAL RULE 56 STATEMENT OF MATERIAL FACTS**

1. Denied; there is no basis to determine whether the referenced transcript pertains to the same parties (Allen, Doe and Roe) as are named in this lawsuit.

2. Denied; there is no basis to determine whether the referenced transcript pertains to the same parties (Allen, Doe and Roe) as are named in this lawsuit.

**II.   ISSUES OF MATERIAL FACT TO BE TRIED**

1. The Defendants respectfully submit that the defendant **JOSEPH**

**BURDEN's** intent and conduct with respect to the allegations of wrongdoing asserted against him in all three of the underlying complaints is an issue of material fact as to which it is contended there is a genuine issue to be tried. (Legal argument and/or testimony of said Joseph Burden).

2. The coverage that the Defendants expected to receive under the subject insurance policy is an issue of material fact as to which it is contended there is a genuine issue to be tried. (Affidavit Of Brown, dated March 20, 2003).

THESE DEFENDANTS,
DERMA CLINIC, INC. and
PATRICIA O'REGAN BROWN

By _____
Mark J. Kovack, Esq./ct01431
WAKE, SEE DIMES & BRYNICZKA
27 Imperial Avenue
Post Office Box 777
Westport, CT 06881-0777
Telephone:(203) 227-9545
Telecopier:(203) 226-1641
   Their attorneys

## CERTIFICATION OF SERVICE

This is to certify that on this 7th day of November, 2003, a copy of the foregoing has been mailed by first class mail, postage prepaid, to all counsel and/or pro se parties of record, to wit:

Attorney Elizabeth A. Fitzsimmons
James V. Somers, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(*Counsel for the Plaintiff*)

Michael A. Stratton, Esq.
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue, P.O. Box 1661
Bridgeport, CT 06604
(*Counsel for Defendant Jane Doe*)

Attorney Rhonda J. Tobin
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
(*Counsel for the Third-Party Defendant*)

Attorney Kathryn Emmett
Attorney Christine Caulfield
Emmett & Glander
45 Franklin Street
Stamford, CT 06901
(*Counsel for Defendants Mary Roe, Jane Doe and Holly Allen*)

Mark J. Kovack