FILED
02CR95 MCONTSENTCHB
2003 DEC 22 P 12:43

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CRIM. No. 3:02CR95 (AHN) |
| CHARLES HENRY BREWER, III | : | DECEMBER 18, 2003 |

## MOTION TO CONTINUE SENTENCING

Defendant in the above captioned matter hereby moves to continue his sentencing date currently scheduled for January 7, 2004 to sometime after February 9, 2004. In support thereof, defendant states as follows:

1. This extension is reasonably necessary in order for defendant to perform a collateral agreement.

2. The government has no objection to this motion being granted.

3. There have been six prior extensions of time filed with respect to this deadline.

WHEREFORE, for the foregoing reasons, defendant requests that his sentencing date be continued to sometime after February 9, 2004.

12/31/03. GRANTED. Sentencing shall be held on February 13, 2004 at 9:30 a.m. SO ORDERED.
ALAN H. NEVAS, U.S.D.J.