UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2003 MAY -5 P 12: 20

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| NORTHLAND INSURANCE CO., ) | |
| Plaintiff, ) | |
| vs. ) | CIVIL ACTION NO. 302 CV 945 (WWE) |
| DERMA CLINIC, INC., et al., ) | |
| Defendants. ) MAY 2, 2003 | |

### DEFENDANTS DERMA CLINIC, INC.'S AND PATRICIA O'REGAN BROWN'S MOTION TO STRIKE PLAINTIFF'S REPLY BRIEF

These defendants, **DERMA CLINIC, INC.** and **PATRICIA O'REGAN BROWN** (collectively, the "Defendants"), hereby object to the filing of and move to strike the Plaintiff's Reply Brief To Defendants Derma Clinic, Inc.'s And Patricia O'Regan Brown's Objection To Plaintiff's Motion For Summary Judgment dated May 1, 2003 (the "Reply Brief"), on grounds that same is untimely under Rule 6 of the Federal Rules of Civil Procedure.

In support hereof, the Defendants represent the following:

1. The Reply Brief was filed in response to the Defendants' April 11, 2003 memorandum of law filed on April 14, 2003 in opposition to the plaintiff's motion for summary judgment.

2. D. Conn. L. Civ. R 7(d) permits the filing of reply briefs provided that same are filed "within ten (10) days of the filing of the responsive brief to which reply is being made, as computed under Fed. R. Civ. P. 6."

1