UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NORTHFIELD INSURANCE COMPANY

      v.                                Civil No.  3:02CV945(EBB)

DERMA CLINIC, INC., PATRICIA
O'REGAN BROWN, JOSEPH BURDEN,
HOLLY ALLEN, JANE DOE AND MARY ROE,

DERMA CLINIC, INC AND PATRICIA
O'REGAN BROWN

      v.

THE NORTHERN INSURANCE
COMPANY OF NEW YORK

## JUDGMENT

This matter came on for consideration on plaintiff's and defendants' cross-motions for summary judgment and third party defendant's motion for summary judgment before the Honorable Ellen Bree Burns, Senior United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motions, and on March 11, 2004, Rulings on Motions for Summary Judgment entered, granting plaintiff's motion for summary judgment, denying defendants' motion for summary judgment, and granting third-party defendant's motion for summary judgment.  The Court found and declared that Northfield is under no duty to defend or indemnify DC, Brown, or Burden in the underlying actions or for any other action arising out of the facts and circumstances described in Northfield's Second Amended Complaint.

EOD: _____

1

It is therefore ORDERED and ADJUDGED that judgment is entered for the plaintiff, Northfield Insurance Company and Third-Party defendant, The Northern Insurance Company of New York.  Northfield is under no duty to defend or indemnify DC, Brown, or Burden in the underlying actions or for any other action arising out of the facts and circumstances described in Northfield's Second Amended Complaint.  The case is closed.

Dated at New Haven, Connecticut, this 15th day of March, 2004.

                                          KEVIN F. ROWE, CLERK
                                        By
                                              /s/
                                        Melissa Ruocco
                                        Deputy Clerk