UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
APR 12  9 07 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| NORTHFIELD INSURANCE COMPANY | : | CIVIL ACTION |
| Plaintiff, | : | NO. 3:02-CV-945 (EBB) |
| | : | |
| v. | : | |
| | : | |
| DERMA CLINIC, INC., PATRICIA O'REGAN BROWN; JOSEPH H. BURDEN; HOLLY ALLEN; JANE DOE; AND MARY ROE | : | April 8, 2004 |
| Defendants. | : | |

### MOTION TO WITHDRAW AS COUNSEL

The undersigned counsel pursuant to D.Conn.L.Civ.R. 7 (e) moves that his appearance be withdrawn as counsel for Jane Doe in the above matter. The defendant Jane Doe is represented by Kathryn Emmett, and Christine A. Caulfield.

WHEREFORE, It is requested that the Court order that Michael A. Stratton be allowed to withdraw his appearance.

DEFENDANT,
Jane Doe,

BY_____
Michael A. Stratton
Stratton Faxon Firm
59 Elm Street
New Haven, CT 06510
Fed. Bar No.: 08166
(203) 624-9500
mstratton@strattonfaxon.com

Case 3:02-cv-00945-EBB    Document 78    Filed 04/12/2004    Page 2 of 3

## CERTIFICATION

This is to certify that on this date the foregoing was mailed postage prepaid to all pro se parties and counsel of record as follows:

**Christine A. Caulfield**
**Kathryn Emmett**
Emmett & Glander
45 Franklin St.
Stamford, CT 06901

**Elizabeth Ann Fitzsimmons**
**James V. Somers**
Halloran & Sage
One Goodwin Sq.,
225 Asylum St.
Hartford, CT 06103

**Mark J. Kovack**
Wake, See, Dimes & Bryniczka
27 Imperial Ave., Po Box 777
Westport, CT 06881

**Elizabeth R. Leong**
**Rhonda J. Tobin**
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

Michael A. Stratton