UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| NORTHFIELD INSURANCE COMPANY : | CIVIL ACTION |
| Plaintiff, : | NO. 3:02-CV-945 (EBB) |
| : | |
| v. : | |
| : | |
| DERMA CLINIC, INC., PATRICIA : | |
| O'REGAN BROWN; JOSEPH H. : | |
| BURDEN; HOLLY ALLEN; JANE : | |
| DOE; AND MARY ROE : | April 8, 2004 |
| Defendants. : | |

## MOTION TO WITHDRAW AS COUNSEL

The undersigned counsel pursuant to D.Conn.L.Civ.R. 7 (e) moves that his appearance be withdrawn as counsel for Jane Doe in the above matter. The defendant Jane Doe is represented by Kathryn Emmett, and Christine A. Caulfield.

FILED
APR 13 2:51 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.