IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NORTHFIELD INSURANCE COMPANY,<br>    Plaintiff, | : : : : | CASE NUMBER:<br>3:02 CV 945 (EBB) |
| V. | : : | |
| DERMA CLINIC, INC., ET AL.<br>    Defendants. | : : : | APRIL 7, 2004 |
| DERMA CLINIC, INC., et al.,<br>    Defendants/Third Party Plaintiffs,<br>v.<br>THE NORTHERN INSURANCE COMPANY<br>OF NEW YORK<br>    Third-Party Defendants. | : : : : : : : : | APRIL 7, 2004 |

**NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGMENT OR
ORDER OF A DISTRICT COURT**

Notice is hereby given that **HOLLY ALLEN, JANE DOE, and MARY ROE**, defendants in the above named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Orders entered in this action on March 11, 2004, granting summary judgment in favor of the plaintiff, **NORTHFIELD INSURANCE COMPANY,** and the third-party defendant, **THE NORTHERN INSURANCE COMPANY OF NEW YORK.**

These Defendants, Defendants, Holly Allen, Jane Doe, Mary Roe,

By: _____
Kathryn Emmett
Emmett & Glander
45 Franklin Street
Stamford, CT  06901
(203) 324-7744
Federal Bar No.  ct05605
Email:  kemmett@emmettandglander.com
Their attorneys

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed, postage prepaid, this 7th day of April, 2004, to:

Elizabeth A. Fitzsimmons, Esq.
**Halloran & Sage, LLP**
One Goodwin Square, 225 Asylum Street
Hartford, CT 06103

Mark J. Kovack, Esq.
**Wake, See, Dimes & Bryniczka**
27 Imperial Avenue, P.O. Box 777
Westport, CT 06881.0777

Rhonda J. Tobin, Esq.
Elizabeth R. Leonge, Esq.
**Robinson & Cole**
280 Trumbull Street
Hartford, CT 06103

_____
KATHRYN EMMETT