UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
APR 6  2 06 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| NORTHLAND INSURANCE CO., | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 302 CV 945 (EBB) |
| DERMA CLINIC, INC., et al., | ) |
| Defendants. | ) |
| DERMA CLINIC, INC., et al., | ) |
| Defendants/Third-Party Plaintiffs, | ) |
| vs. | ) |
| THE NORTHERN INSURANCE COMPANY OF NEW YORK, | ) |
| Third-Party Defendants. | ) APRIL 6, 2004 |

**NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGMENT OR ORDER OF A DISTRICT COURT**

Notice is hereby given that **DERMA CLINIC, INC.** and **PATRICIA O'REGAN BROWN**, defendants/third-party plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Orders entered in this action on March 11, 2004, granting summary judgment in favor of the plaintiff, **NORTHLAND INSURANCE COMPANY UNDERWRITING AS NORTHFIELD INSURANCE COMPANY**, and the third-party defendant, **THE NORTHERN INSURANCE COMPANY OF NEW YORK.**

1

**THESE DEFENDANTS/THIRD-PARTY PLAINTIFFS,
DERMA CLINIC, INC.** and
**PATRICIA O'REGAN BROWN**

By _/s/ Mark J. Kovack_

Mark J. Kovack, Esq./ct01431
WAKE, SEE DIMES & BRYNICZKA
27 Imperial Avenue
Post Office Box 777
Westport, CT 06881-0777
Telephone: (203) 227-9545
Telecopier: (203) 226-1641
E-mail: mkovack@wsdb.com
Their attorneys

2

## CERTIFICATION OF SERVICE

This is to certify that on this 6th day of April, 2004, a copy of the foregoing has been mailed by first class mail, postage prepaid, to all counsel and/or pro se parties of record, to wit:

Attorney Elizabeth A. Fitzsimmons
James V. Somers, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(*Counsel for the Plaintiff*)

Michael A. Stratton, Esq.
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue, P.O. Box 1661
Bridgeport, CT 06604
(*Counsel for Defendant Jane Doe*)

Attorney Rhonda J. Tobin
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
(*Counsel for the Third-Party Defendant*)

Attorney Kathryn Emmett
Attorney Christine Caulfield
Emmett & Glander
45 Franklin Street
Stamford, CT 06901
(*Counsel for Defendants Mary Roe*, Jane Doe
and Holly Allen)

_____
Mark J. Kovack