# DISTRICT OF CONNECTICUT - NEW HAVEN
## NOTICE OF APPEAL COVER MEMO

DATE: __April 14, 2004__          TO:   Intake Clerk

FROM: __Frank DePino 203-773-2140__

**CASE TITLE:**       __Northfield Insurance__

**DOCKET NO.:**       __Derma Clinic etal__ 3:02cv945 (EBB)

FILED
APR 26  2:05 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

**NOTICE OF APPEAL:**   filed: __April 8, 2004__

**APPEAL FROM:**      final judgment: _x_

interlocutory: __

other: __

**DOCKET SHEET:**     Attorney, updated address & phone number for each party __Y__

All parties are listed on Docket Sheet
(Including Third Parties) __Y__

All docket entries and dates are included __Y__

**FEE STATUS:**       Paid __✓__      Due _____      N/A _____

IFP revoked _____     Application Attached _____

IFP pending before district judge _____

**COUNSEL:**          CJA _____      Retained __✓__      Pro Se _____

**TIME STATUS:**      Timely __✓__     Out of Time _____

**MOTION FOR
EXTENSION OF TIME:** Granted _____      Denied _____

**COA:**              Granted _____      Denied _____

**COMMENTS AND CORRECTIONS:**

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _____ DATE: _____
DEPUTY CLERK, USCA

USCA No. _____.