**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| NORTHFIELD INSURANCE COMPANY,<br>    Plaintiff, | : | CASE NUMBER:<br>3:02 CV 945 (EBB) |
| V. | : | USCA NO. |
| DERMA CLINIC, INC., ET AL.<br>    Defendants. | : | MAY 3, 2004 |
| DERMA CLINIC, INC., et al.,<br>    Defendants/Third Party Plaintiffs,<br>v.<br>THE NORTHERN INSURANCE COMPANY<br>OF NEW YORK<br>    Third-Party Defendants. | : | MAY 3, 2004 |

**SUPPLEMENTAL INDEX TO THE RECORD ON APPEAL**

Defendants-appellants **HOLLY ALLEN, JANE DOE,** and **MARY ROE** hereby adopt the Index to the Record on Appeal filed by defendants-appellants Derma Clinic, Inc. and Patricia O'Regan Brown and supplement the proposed index as follows:

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 4/8/04 | 80 | NOTICE OF APPEAL AS TO ORDER ON MOTION FOR SUMMARY JUDGMENT BY HOLLY ALLEN, JANE DOE AND MARY ROE | 33 |

          Defendants Holly Allen,
          Jane Doe and Mary Roe


By:  _____
    Kathryn Emmett
    Emmett & Glander
    45 Franklin Street
    Stamford, CT  06901
    (203) 324-7744
    Federal Bar No.  ct05605
    Email:  kemmett@emmettandglander.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 3rd day of May, 2004, to:

Elizabeth A. Fitzsimmons, Esq.
**Halloran & Sage, LLP**
One Goodwin Square, 225 Asylum Street
Hartford, CT  06103

Mark J. Kovack, Esq.
**Wake, See, Dimes & Bryniczka**
27 Imperial Avenue, P.O. Box 777
Westport, CT  06881.0777

Rhonda J. Tobin, Esq.
Elizabeth R. Leonge, Esq.
**Robinson & Cole**
280 Trumbull Street
Hartford, CT  06103

_____
KATHRYN EMMETT