UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NORTHFIELD INSURANCE COMPANY, et al.,

        PLAINTIFFS

CIVIL ACTION NO.
3:02cv945 (EBB)

VS.

DERMA CLINIC, INC., et al.,

        DEFENDANTS

USCA No.

## INDEX TO THE RECORD ON APPEAL

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 6/3/02 | 1 | COMPLAINT | 1 |
| 6/24/02 | 9 | ANSWER & AFFIMATIVE DEFENSES OF DERMA CLINIC, INC. AND PATRICIA O'REGAN BROWN | 2 |
| 9/25/02 | 21 | THIRD-PARTY COMPLAINT FOR DECLARATORY JUDGMENT BY DERMA CLINIC, INC. AND PATRICIA O'REGAN BROWN | 3 |
| 12/20/02 | 25 | ANSWER & AFFIRMATIVE DEFENSES OF NORTHERN INSURANCE COMPANY | 4 |
| 1/2/03 | 26 | AMENDED COMPLAINT BY NORTHLAND INSURANCE | 5 |
| 3/21/03 | 33 | MOTION FOR SUMMARY JUDGMENT BY DERMA CLINIC, INC. AND PATRICIA O'REGAN BROWN | 6 |

1

| | | | |
|---|---|---|---|
| 3/21/03 | 34 | MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DERMA CLINIC, INC. AND PATRICIA O'REGAN BROWN | 7 |
| 3/21/03 | 35 | AFFFIDAVIT OF PATRICIA O'REGAN BROWN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DERMA CLINIC, INC. AND PATRICIA O'REGAN BROWN | 8 |
| 3/21/03 | 36 | STATEMENT OF MATERIAL FACTS RE MOTION FOR SUMMARY JUDGMENT BY DERMA CLINIC, INC. AND PATRICIA O'REGAN BROWN | 9 |
| 3/31/03 | 39 | MOTION FOR SUMMARY JUDGMENT BY NORTHLAND INSURANCE | 10 |
| 3/31/03 | 40 | MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY NORTHLAND INSURANCE | 11 |
| 3/31/03 | 41 | STATEMENT OF MATERIAL FACTS RE MOTION FOR SUMMARY JUDGMENT BY NORTHLAND INSURANCE | 12 |
| 3/31/03 | 42 | MOTION FOR SUMMARY JUDGMENT BY NORTHERN INSURANCE COMPANY | 13 |
| 3/31/03 | 43 | MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY NORTHERN INSURANCE COMPANY | 14 |
| 3/31/03 | 44 | STATEMENT OF MATERIAL FACTS RE MOTION FOR SUMMARY JUDGMENT BY NORTHERN INSURANCE COMPANY | 15 |
| 3/31/03 | 45 | AFFIDAVIT OF EDWARD SHIPULSKI IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY NORTHERN INSURANCE COMPANY | 16 |

| Date | No. | Description | Page |
|---|---|---|---|
| 4/9/03 | 46 | MEMORANDUM BY NORTHLAND INSURANCE IN OPPOSITION TO DERMA CLINIC, INC. AND PATRICIA O'REGAN BROWN MOTION FOR SUMMARY JUDGMENT | 17 |
| 4/9/03 | 47 | STATEMENT OF MATERIAL FACTS RE MOTION FOR SUMMARY JUDGMENT BY NORTHLAND INSURANCE | 18 |
| 4/14/03 | 48 | MEMORANDUM BY DERMA CLINIC, INC. AND PATRICIA O'REGAN BROWN IN OPPOSITION TO NORTHLAND INSURANCE MOTION FOR SUMMARY JUDGMENT | 19 |
| 4/14/04 | 49 | STATEMENT OF MATERIAL FACTS RE MOTION FOR SUMMARY JUDGMENT BY DERMA CLINIC, INC. AND PATRICIA O'REGAN BROWN | 20 |
| 4/14/03 | 50 | MEMORANDUM BY DERMA CLINIC, INC. AND PATRICIA O'REGAN BROWN IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY NORTHERN INSURANCE COMPANY | 21 |
| 4/14/03 | 51 | STATEMENT OF MATERIAL FACTS RE MOTION FOR SUMMARY JUDGMENT BY DERMA CLINIC, INC. AND PATRICIA O'REGAN BROWN | 22 |
| 4/25/03 | 53 | REPLY BY NORTHLAND INSURANCE TO RESPONSE TO NORTHERN INSURANCE COMPANY MOTION FOR SUMMARY JUDGMENT | 23 |
| 5/1/03 | 54 | REPLY BY NORTHLAND INSURANCE TO RESPONSE TO NORTHERN INSURANCE COMPANY MOTION FOR SUMMARY JUDGMENT | 24 |
| 7/2/03 | 60 | AMENDED COMPLAINT BY NORTHFIELD INSURANCE CO. | 25 |

| Date | No. | Description | Page |
|---|---|---|---|
| 10/29/03 | 68 | SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY NORTHLAND INSURANCE | 26 |
| 10/29/03 | 69 | SUPPLEMENTAL STATEMENT OF FACTS RE MOTION FOR SUMMARY JUDGMENT BY NORTHFIELD INSURANCE CO. | 27 |
| 11/10/03 | 71 | REPLY TO RESPONSE TO MOTION FOR SUMMARY JUDGMENT BY DERMA CLINIC, INC. AND PATRICIA O'REGAN BROWN | 28 |
| 11/24/03 | 72 | REPLY RE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY NORTHLAND INSURANCE | 29 |
| 3/11/04 | 75 | RULING GRANTING MOTION FOR SUMMARY JUDGMENT (NORTHERN INSURANCE COMPANY) | 30 |
| 3/11/04 | 76 | RULING DENYING MOTION FOR SUMMARY JUDGMENT (DERMA CLINIC, INC. AND PATRICIA O'REGAN BROWN | 31 |
| 4/6/04 | 81 | NOTICE OF APPEAL RE ORDER GRANTING NORTHERN INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT AND NOTICE OF APPEAL RE ORDER DENYING DERMA CLINIC, INC. AND PATRICIA O'REGAN BROWN'S MOTION FOR SUMMARY JUDGMENT | 32 |

## CERTIFICATION OF SERVICE

This is to certify that on this 21st day of April, 2004, a copy of the foregoing has been mailed by first class mail, postage prepaid, to all counsel and/or pro se parties of record, to wit:

James V. Somers, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(*Counsel for the Plaintiff*)

Attorney Rhonda J. Tobin
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
(*Counsel for the Third-Party Defendant*)

Attorney Kathryn Emmett
Attorney Christine Caulfield
Emmett & Glander
45 Franklin Street
Stamford, CT 06901
(*Counsel for Defendants Mary Roe*, Jane Doe *and Holly Allen*)

Mark J. Kovack