MANDATE ● ● ○

NHCT
02-cv-945
Burns

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

DOCKET NO. 04-2056-cv (L)
DOCKET NO. 04-2057-cv (CON)

NORTHFIELD INSURANCE COMPANY :

                                    :

V.                                     :

                                     :

DERMA CLINIC, INC.                :       JULY 26, 2007

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

attorneys for Defendants/Third Party Plaintiffs-Appellants Derma Clinic, Inc. and Patricia

O'Regan Brown;  Defendants/Appellants Holly Allen, Jane Doe and Mary Roe;

Plaintiff/Appellee Northfield Insurance Company;  and Third Party Defendant/Appellee the

Northern Insurance Company of New York, that: 1)  the above-entitled action may be dismissed

with prejudice and without costs or disbursements to either party as against the other; and 2) the

related action pending in the Connecticut Supreme Court, Northfield Ins. Co., Inc., et al. v.

Derma Clinic, Inc., et al., S.C. No. 17678, in which the Connecticut Supreme Court accepted

four questions of law that had been certified to it by the Second Circuit Court of Appeals in the

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by

DEPUTY CLERK

CERTIFIED: 8/14/2007

instant matter, may be dismissed with prejudice and without costs or disbursements to either

party as against the other.


Dated July 26, 2007

APPELLANTS HOLLY ALLEN,
JANE DOE AND MARY ROE

APPELLANTS, DERMA CLINIC, INC.
AND PATRICIA O'REGAN BROWN


BY: 

Kathryn Emmett (ct05605)
Emmett & Glander
45 Franklin Street
Stamford, CT  06901
(203) 324-7744
Email: kemmett@emmettandglander.com
Their attorneys

BY:_____
Mark J. Kovack (ct01431)
Wake, See, Dimes & Bryniczka
27 Imperial Avenue, P.O. Box 777
Westport, CT  06881.0777
(203) 227-9545
Email: mkovack@wsdb.com
Their attorneys


PLAINTIFF-APPELLEE
NORTHFIELD INSURANCE COMPANY

THIRD-PARTY DEFENDANT-
APPELLEE, THE NORTHERN
INSURANCE COMPANY OF NEW
YORK


BY:_____
James V. Somers (ct        )
Halloran & Sage, LLP
One Goodwin Square, 225 Asylum Street
Hartford, CT  06103
(860) 297-4647
Email: somers@halloran-sage.com
Its attorneys

BY:_____
Linda L. Morkan (ct        )
Robinson & Cole
280 Trumbull Street
Hartford, CT  06103.3597
(860) 275-8200
Email: lmorkan@rc.com
Their attorneys

2

---

### ORDER

Before: Hon. Ralph K. Winter, Hon. Rosemary S. Pooler, Hon. Sonia Sotomayor, *Circuit Judges*

SO ORDERED.

FILED
AUG 0 9 2007
Catherine O'Hagan Wolfe, Clerk

AUG 0 9 2007
_____
Date

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk

by _____
Elizabeth Duwe
Acting Motions Staff Attorney

instant matter, may be dismissed with prejudice and without costs or disbursements to either

party as against the other.

Dated July    , 2007

APPELLANTS HOLLY ALLEN,                     APPELLANTS, DERMA CLINIC, INC.
JANE DOE AND MARY ROE                       AND PATRICIA O'REGAN BROWN


BY:_____                BY:_____
Kathryn Emmett (ct05605)                    Mark J. Kovack (ct01431)
Emmett & Glander                            Wake, See, Dimes & Bryniczka
45 Franklin Street                          27 Imperial Avenue, P.O. Box 777
Stamford, CT  06901                         Westport, CT  06881.0777
(203) 324-7744                              (203) 227-9545
Email:  kemmett@emmettandglander.com        Email:  mkovack@wsdb.com
Their attorneys_____        Their attorneys


PLAINTIFF-APPELLEE                          THIRD-PARTY DEFENDANT-
NORTHFIELD INSURANCE COMPANY                APPELLEE, THE NORTHERN
                                            INSURANCE COMPANY OF NEW
                                            YORK


BY:_____                BY:_____
James V. Somers (ct14525)                   Linda L. Morkan (ct      )
Halloran & Sage, LLP                        Robinson & Cole
One Goodwin Square, 225 Asylum Street       280 Trumbull Street
Hartford, CT  06103                         Hartford, CT  06103.3597
(860) 297-4647                              (860) 275-8200
Email:  somers@halloran-sage.com            Email:  lmorkan@rc.com
Its attorneys_____          Their attorneys

2

instant matter, may be dismissed with prejudice and without costs or disbursements to either

party as against the other.


Dated July     , 2007

APPELLANTS HOLLY ALLEN,              APPELLANTS, DERMA CLINIC, INC.
JANE DOE AND MARY ROE                AND PATRICIA O'REGAN BROWN


BY:_____           BY:_____
Kathryn Emmett (ct05605)             Mark J. Kovack (ct01431)
Emmett & Glander                     Wake, See, Dimes & Bryniczka
45 Franklin Street                   27 Imperial Avenue, P.O. Box 777
Stamford, CT  06901                  Westport, CT  06881.0777
(203) 324-7744                       (203) 227-9545
Email: kemmett@emmettandglander.com  Email: mkovack@wsdb.com
Their attorneys_____     Their attorneys


PLAINTIFF-APPELLEE                   THIRD-PARTY DEFENDANT-
NORTHFIELD INSURANCE COMPANY         APPELLEE, THE NORTHERN
                                     INSURANCE COMPANY OF NEW
                                     YORK


BY:_____           BY:_____
James V. Somers (ct      )           Linda L. Morkan (ct      )
Halloran & Sage, LLP                 Robinson & Cole
One Goodwin Square, 225 Asylum Street 280 Trumbull Street
Hartford, CT  06103                  Hartford, CT  06103.3597
(860) 297-4647                       (860) 275-8200
Email: somers@halloran-sage.com      Email: lmorkan@rc.com
Its attorneys_____     Their attorneys

2

APPELLEE, THE NORTHERN INSURANCE COMPANY OF NEW YORK

BY: _____
     Linda L. Morkan (ct03196)
     Robinson & Cole, LLP
     280 Trumbull Street
     Hartford, CT  06103.3597
     (860) 275-8200
     Email:  lmorkan@rc.com